

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

March 25, 2009

**VIA ECF**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. George Abdullah
          Criminal Docket No. 04 CR 457 (ILG)

Dear Judge Glasser:

    The government respectfully submits this letter, on consent of defense counsel, to request a one month adjournment of sentencing in this matter to permit the parties additional time to prepare for sentencing.

                            Respectfully submitted,

                            BENTON J. CAMPBELL
                          United States Attorney

                  By:   /S/ John Buretta
                          John Buretta
                          Assistant U.S. Attorney
                          (718) 254-6314

cc: Susan Kellman, Esq. (by ECF)