

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East

Brooklyn, New York 11201

March 25, 2009

**VIA ECF**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. George Abdullah
           Criminal Docket No. 04 CR 457 (ILG)

Dear Judge Glasser:

    The government respectfully submits this letter, on consent of defense counsel, to request a one month adjournment of sentencing in this matter to permit the parties additional time to prepare for sentencing.

                        Respectfully submitted,

                        BENTON J. CAMPBELL
                        United States Attorney

            By:   /S/ John Buretta
                   John Buretta
                   Assistant U.S. Attorney
                   (718) 254-6314

cc: Susan Kellman, Esq. (by ECF)

*Request granted 4/30/09*
*Adjourned to 10:30AM*
*So ordered*

s/Hon. I. Leo Glasser
USDJ
4/15/09